# EXHIBIT A



**CT Corporation**
**Service of Process Notification**
01/05/2023
CT Log Number 542969154

# Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** Process Served in Connecticut

**FOR:** Wal-Mart Stores East, LP  (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: ROSALES-JERONIMO DEYSI // To: Wal-Mart Stores East, LP |
| **DOCUMENT(S) SERVED:** | Summons, Attachment(s), Complaint, Statement, Exhibit(s) |
| **COURT/AGENCY:** | Hartford Superior Court, CT<br>Case # None Specified |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination |
| **PROCESS SERVED ON:** | C T Corporation System, East Hartford, CT |
| **DATE/METHOD OF SERVICE:** | By Process Server on 01/05/2023 at 13:34 |
| **JURISDICTION SERVED:** | Connecticut |
| **APPEARANCE OR ANSWER DUE:** | On or before the second day after 02/07/2023 |
| **ATTORNEY(S)/SENDER(S):** | Michael J, Reilly<br>Cicchiello & Cicchiello, LLP<br>364 Franklin Avenue<br>Hartford, CT 06114<br>860-296-3457 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/06/2023, Expected Purge Date: 01/16/2023<br><br>Image SOP<br><br>Email Notification,  Grymarys De Jesus  grymarys.dejesus@walmart.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>67 Burnside Ave<br>East Hartford, CT 06108<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT



**CT Corporation**
**Service of Process Notification**
01/05/2023
CT Log Number 542969154

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Jan 5, 2023
**Server Name:** Drop Service

| Entity Served | WAL-MART STORES EAST, LIMITED PARTNERSHIP |
|---|---|
| Case Number | |
| Jurisdiction | CT |

| Inserts | | |
|---|---|---|
| | | |



**SUMMONS - CIVIL**
JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

See other side for instructions

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov 

- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [x] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington Street, Hartford, CT 06103 | (860) 548-2700 | February 7, 2023 |

| Judicial District [x] / Housing Session [ ] | G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349): Hartford | Case type code: Major: M  Minor: 90 |
|---|---|---|---|

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Cicchiello & Cicchiello, LLP, 364 Franklin Avenue, Hartford, CT 06114 | 419987 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| (860) 296-3457 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [x] Yes   [ ] No | Email address for delivery of papers under Section 10-13 (if agreed to): mreilly@cicchielloesq.com |
|---|---|---|

Number of Plaintiffs: 1    Number of Defendants: 1    [ ] Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Deysi Rosales-Jeronimo  Address: c/o: Cicchiello & Cicchiello, LLP, 364 Franklin Avenue, Hartford, CT 06114 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Wal-Mart Stores East, LP  Address: 702 SW 8th Street, Bentonville, AR 72716 | D-01 |
| Additional Defendant | Name: Agent: CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | [x] Commissioner of the Superior Court  [ ] Assistant Clerk | Name of Person Signing at Left: Michael J. Reilly | Date signed: 01/03/2023 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:

    (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters).
    (b) Summary process actions.
    (c) Applications for change of name.
    (d) Probate appeals.
    (e) Administrative appeals.
    (f) Proceedings pertaining to arbitration.
    (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought.

### ADA NOTICE
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description | Major Description | Codes Major/Minor | Minor Description |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 10 | Construction - State and Local | | T 03 | Defective Premises - Private - Other |
| | C 20 | Insurance Policy | | T 11 | Defective Premises - Public - Snow or Ice |
| | C 30 | Specific Performance | | T 12 | Defective Premises - Public - Other |
| | C 40 | Collections | | T 20 | Products Liability - Other than Vehicular |
| | C 90 | All other | | T 28 | Malpractice - Medical |
| Eminent Domain | E 00 | State Highway Condemnation | | T 29 | Malpractice - Legal |
| | E 10 | Redevelopment Condemnation | | T 30 | Malpractice - All other |
| | E 20 | Other State or Municipal Agencies | | T 40 | Assault and Battery |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 50 | Defamation |
| | E 90 | All other | | T 61 | Animals - Dog |
| | | | | T 69 | Animals - Other |
| Miscellaneous | M 00 | Injunction | | T 70 | False Arrest |
| | M 10 | Receivership | | T 71 | Fire Damage |
| | M 20 | Mandamus | | T 90 | All other |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 40 | Arbitration | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 50 | Declaratory Judgment | | V 05 | Motor Vehicles* - Property Damage only |
| | M 63 | Bar Discipline | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 09 | Motor Vehicle* - All other |
| | | | | V 10 | Boats |
| | M 68 | Bar Discipline - Inactive Status | | V 20 | Airplanes |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | V 30 | Railroads |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | V 40 | Snowmobiles |
| | | | | V 90 | All other |
| | M 83 | Small Claims Transfer to Regular Docket | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 84 | Foreign Protective Order | | | |
| | M 90 | All other | | | |
| Property | P 00 | Foreclosure | | | |
| | P 10 | Partition | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien | | W 90 | All other |
| | P 30 | Asset Forfeiture | | | |
| | P 90 | All other | | | |

JD-CV-1 Rev. 10-15 (Back/Page 2)

| | | |
|---|---|---|
| RETURN DATE: FEBRUARY 7, 2023 | : | SUPERIOR COURT |
| | : | |
| DEYSI ROSALES-JERONIMO | : | JUDICIAL DISTRICT |
| | : | |
| VS. | : | OF HARTFORD |
| | : | |
| WAL-MART STORES EAST, LP | : | JANUARY 3, 2023 |

## COMPLAINT

**FIRST COUNT:**     DISABILITY DISCRIMINATION – CONN. GEN. STAT. § 46a-60(b)(1)

1. At all times set forth herein, the Plaintiff, Deysi Rosales-Jeronimo, was a resident of Hartford, State of Connecticut.

2. At all times set forth herein, the Defendant, Wal-Mart Stores East, LP, was a limited partnership organized under the laws of the State of Delaware.

3. The Defendant operates a "Wal-Mart" retail store located at 80 Town Line Road in Rocky Hill, Connecticut.

4. Sometime prior to 2019, the Plaintiff began to suffer from an unknown neurological condition that affected her balance and her ability to walk. Plaintiff was subsequently diagnosed with Muscular Dystrophy of an unspecified type.

5. Plaintiff began working for the Defendant on or about December 20, 2019, as "Team Member" in the Apparel and Electronics departments at the aforesaid Rocky Hill Wal-Mart store.

6. Initially, when Defendant hired Plaintiff, it accommodated her medical condition and generally assigned her full-time work or close to full-time work.

7. Around the end of 2020, Angie Larson ("Larson") became the new Store Manager at the Rocky Hill Wal-Mart store.

8. In contrast to how Defendant had treated Plaintiff's previously, once Larson became Store Manager she was not receptive to Plaintiff's need for an accommodation.

9. First, Larson reduced the Plaintiff's hours from full-time or nearly full-time to only 10 hours per week.

10. On February 18, 2022, Larson conveyed to Plaintiff in words or substance that Defendant was no longer able to accommodate her disability, and that as a result, Defendant was terminating her employment.

11. Plaintiff protested Larson's representation by stating that she had utilized arm braces and canes at the time she had been hired by Defendant and that nothing had changed since then.

12. In response, Larson stated to Plaintiff that it had been a "mistake for Wal-Mart to hire you."

13. Defendant stated reason for Plaintiff's termination was a pretext. Defendant had accommodated Plaintiff's disability and was able to continue to do so without undue hardship. Defendant's true reason for terminating Plaintiff's employment was because of her medical disability and its desire to no longer be burdened by accommodating this Plaintiff's disability.

14. Defendant, through the foregoing conduct, discriminated against the Plaintiff on the basis of her disability and failed to accommodate her disability, in violation of the provisions of Conn. Gen. Stat. § 46a-60(b)(1).

15. As a result of the foregoing conduct of the Defendant, Plaintiff was caused to suffer lost wages and other consequential damages.

16. As a further result of the foregoing conduct of the Defendant, Plaintiff has incurred, or will incur, attorney's fees and costs.

2

17. Plaintiff filed a timely administrative complaint against Defendant with the Connecticut Commission on Human Rights and Opportunities, and thereafter received a release of jurisdiction letter therefrom, a copy of which is appended hereto as <u>Exhibit A</u>. This Action is brought within 90 days of receipt of said release of jurisdiction letter. As such, Plaintiff has exhausted all administrative remedies, and this Action is timely.

WHEREFORE, Plaintiff prays for the following relief:

1. Money damages;

2. Reinstatement, or in lieu thereof, front pay;

3. Punitive damages;

4. Attorneys' fees and costs of this Action; and

5. All other awardable relief.

THE PLAINTIFF
DEYSI ROSALES-JERONIMO

BY: _____
Michael J. Reilly, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Phone: 860-296-3457
Fax: 860-296-0676
Email: mreilly@cicchielloesq.com

A TRUE COPY ATTEST
_____
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

4

| | |
|---|---|
| RETURN DATE: FEBRUARY 7, 2023 : | SUPERIOR COURT |
| : | |
| DEYSI ROSALES-JERONIMO : | JUDICIAL DISTRICT |
| : | |
| VS. : | OF HARTFORD |
| : | |
| WAL-MART STORES EAST, LP : | JANUARY 3, 2023 |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand exceeds $15,000.00, excluding costs and interests.

THE PLAINTIFF
DEYSI ROSALES-JERONIMO

BY: _____
Michael J. Reilly, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Phone: 860-296-3457
Fax: 860-296-0676
Email: mreilly@cicchielloesq.com

A TRUE COPY ATTEST
_____
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

5

# **EXHIBIT A**

## STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES



Deysi Rosales-Jeronimo
**COMPLAINANT**

CHRO No. 2210370
EEOC No. 16A-2022-00863

v.

Wal-Mart Stores East, Inc.
**RESPONDENT**

### **RELEASE OF JURISDICTION**

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Complainant resides or in which the Respondent transacts business. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought in accordance with this release must be served on the Commission by email at ROJ@ct.gov or by regular U.S. mail at 450 Columbus Blvd. – Suite 2, Hartford, CT 06103 at the same time all other parties are served. Service by email is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

**DATE:** December 23, 2022         _Tanya A. Hughes_
                                    Tanya A. Hughes, Executive Director

cc:  Emanuele R. Cicchiello, Esq., via email: manny@cicchielloesq.com
     Lindsay Rinehart, Esq., via email: lrinehart@littler.com